# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

June 5, 2018

**VIA ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Fair Housing Justice Center, Inc., et al. v. CREF 546 West 44th Street, LLC, et al.*
             1:18-cv-02146 (JPO)

Dear Judge Oetken:

      This firm represents defendants CREF 546 West 44th Street, LLC, and Patrinely Group, LLC (collectively the "Patrinely Group Defendants") in the above-referenced action. Pursuant to Sections 1(A) and 3(C) of Your Honor's Individual Practices, we write to respectfully request an extension of the Patrinely Group Defendants' time to move, answer or otherwise respond to the Amended Complaint, until Monday, July 9, 2018.

      This is the first request for an extension of time relative to the Amended Complaint, which was recently filed on May 25, 2018. (This Court had granted an earlier application for an extension relative to the Complaint as initially filed, prior the instant amendment.) Defendants' response to the Amended Complaint is currently due to be served on Friday, June 8, 2018.

      This office seeks this initial extension of time on behalf of the Patrinely Group Defendants to investigate the allegations relative to the recently added retaliation cause of action, and to prepare an appropriate response to the Amended Complaint. We have conferred with counsel for Plaintiffs, who consents to this proposed application. If granted, there are no other scheduled dates in this matter that would be affected by the proposed extension.

      Respectfully Submitted,

      CLIFTON BUDD & DeMARIA, LLP
      *Attorneys for Patrinely Group Defendants*

By:    Arthur J. Robb
        Stephen P. Pischl

CLIFTON BUDD & DEMARIA, LLP   - 2 -

Honorable J. Paul Oetken
June 5, 2018
Page 2


cc: **VIA ECF**
PARKER HANSKI LLC
*Attorneys for Plaintiffs*
Glen H. Parker

GOGICK, BYRNE & O'NEIL, LLP
*Attorneys for Defendant CETRA/CRI Architecture, PLLC*
Stephen Paul Schreckinger