```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC.,

        Plaintiff,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

        Defendants.

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated May 12, 2025, this case was referred to the undersigned for settlement. ECF No. 111. In a joint letter dated May 9, 2025, the parties indicated that a settlement conference with a Magistrate Judge would be useful to aid in finalizing a settlement. ECF No. 110.

    A conference is scheduled on **May 20, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 147 669 662#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: May 13, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2