UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC., ET AL.,

                Plaintiffs,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2025

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a telephone conference regarding next steps for settlement. As discussed during the conference, Plaintiff is directed to provide a written response to Defendants' latest settlement proposal by **June 4, 2025**. Counsel for both parties are directed to confer on the afternoon of **June 10, 2025**.

A further telephone conference is scheduled on **June 13, 2025, at 11:00 a.m.** to discuss the status of settlement efforts and next steps. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 249 223 950#).

**SO ORDERED.**

Dated: May 20, 2025
      New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge