```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC., ET AL.,

            Plaintiffs,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

            Defendants.

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a telephone conference regarding next steps for settlement. As discussed during the conference, Plaintiff is directed to provide a written response to Defendants' latest settlement proposal by **June 24, 2025**. Defendants are directed to respond to Plaintiff's counter-proposal by **June 27, 2025**.

    A further telephone conference is scheduled on **July 2, 2025, at 11:00 a.m.** to discuss the status of settlement efforts and next steps. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 315 355 527#).

**SO ORDERED.**

Dated: June 13, 2025
       New York, New York

                                           Henry J. Ricardo
                                           United States Magistrate Judge