```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC.,
ET AL.,

           Plaintiffs,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

           Defendants.

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a telephone conference regarding the status of settlement efforts and next steps. A further telephone conference is scheduled on **July 10, 2025, at 9:00 a.m.** to discuss the status of settlement efforts and next steps. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 926 430 63#).

**SO ORDERED.**

Dated: July 2, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                  United States Magistrate Judge