```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC., ET AL.,

               Plaintiffs,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

               Defendants.

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a telephone conference regarding next steps for settlement. As discussed during the conference, by **July 25, 2025**, Plaintiffs are directed to respond regarding the duration of the consent decree, and Defendants are directed to respond regarding the notice provisions and exhibits to the consent decree.

    A further telephone conference is scheduled on **August 1, 2025**, at **10:00 a.m.** to discuss the status of settlement efforts and next steps. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 634 318 568#).

**SO ORDERED.**

Dated: July 10, 2025
       New York, New York

                                             Henry J. Ricardo
                                             United States Magistrate Judge