UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC., et al.,

           Plaintiffs,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2025

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court today held a telephone conference regarding next steps for settlement. The parties are directed to confer with their clients, *i.e.*, the individuals who possess the authority to settle this case, as to their availability for an in-person settlement conference on the afternoons of August 19, August 22, or on another date if neither of those two days is feasible.

A further telephone conference is scheduled on **August 6, 2025,** at **4:00 p.m.** to discuss the status of settlement efforts and next steps. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 927 036 600#).

**SO ORDERED.**

Dated: August 4, 2025
      New York, New York

                                                      _____
                                                      Henry J. Ricardo
                                                      United States Magistrate Judge