```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC., ET AL.,

           Plaintiffs,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

           Defendants.

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court received a status report regarding the parties' settlement efforts. A conference is scheduled on **October 23, 2025**, at **11:00 a.m.** to discuss the status of settlement efforts and next steps. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 130 481 338#).

**SO ORDERED.**

Dated: October 6, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge