USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC., ET AL.,

        Plaintiffs,

-v-

CREF 546 WEST 44TH STREET, LLC, ET AL.,

        Defendants.

**ORDER**

18-CV-2146 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The undersigned held a conference regarding the status of the parties' settlement efforts. As discussed during today's conference, Plaintiff is directed to respond to the latest comments **within 7 days** of this Order. If, **within 14 days** of this Order, the parties have not reported that they have reached a settlement, the undersigned will recommend to Judge Rochon that litigation be reinstated and that this action be moved toward trial.

**SO ORDERED.**

Dated: October 23, 2025
      New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge