UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STASON SUTTON and FAIR HOUSING JUSTICE CENTER, INC.,

                  Plaintiffs,

-against-

CRED 546 WEST 44TH STREET, LLC; PATRINELY GROUP, LLC; and CETRA/CRI ARCHITECTURE, PLLC,

                  Defendants.

Case No. 1:18-cv-02146 (JLR) (HJR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

Defendants shall appear at Courtroom 20B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on November 24, 2025, at 11:30 a.m., for a conference regarding their cross claims.

Dated: November 10, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge