

| Partners: | Senior Associates: | Admitted in |
|---|---|---|
| Kevin J. O'Neill ◆ | John M. Rondello, Jr. ◆ | ■ NY, NJ, & CT |
| Michael J. Byrne ■ | Paul Novak ○ | ■ NY, NJ & PA |
| Elaine C. Gangel ◇ | | ◆ NY & NJ |
| Albert Wesley McKee ■ | **Senior Litigation Counsel:** | ○ NY & CT |
| Mark R. McCauley ◇ | Donald A. Pitofsky ◆ | ◇ NY Only |

26 Broadway, Third Floor
New York, NY 10004
Tel: (212) 422-9424
Fax: (212) 422-9429

November 14, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 20B
New York, New York 10007-1312

> Request GRANTED. The status conference currently scheduled for November 24, 2025, is hereby adjourned and will be held on January 14, 2026, at 1:00 p.m.
>
> Dated: November 14, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> United States District Judge

RE: **LETTER MOTION FOR ADJOURNMENT OF STATUS CONFERENCE**
*Stason Sutton and Fair Housing Justice Center, Inc. v. CREF 546 West 44th Street, LLC et al.*, 1:18-CV-02146-JLR (the "**Action**")

Dear Judge Rochon:

Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, defendants CREF 546 West 44th Street, LLC ("**CREF 546W44**"), Patrinely Group, LLC ("**PG**" together with CREF 546W44, the "**Developer Parties**") and CETRA/CRI Architecture, PLLC ("**CETRA**"; collectively with the Developer Parties, "**Defendants**") respectfully submit this joint letter motion to request an adjournment of the Status Conference scheduled for November 24, 2025 at 11:30 a.m. (*See* ECF Doc. No. 123.) There have been no previous requests for an adjournment.

On November 10, 2025, the Court So Ordered a Partial Consent Decree as to Plaintiffs' Claims, thereby disposing of the claims as between plaintiffs Stason Sutton and Fair Housing Justice Center, Inc. ("**Plaintiffs**") and Defendants (the "**Consent Decree**"). (*See* ECF Doc. No. 124.) The Consent Decree does not, however, resolve the cross-claims asserted by and among the Developer Parties and CETRA.

Defendants respectfully request that the Court grant a thirty (30) day adjournment of the November 24, 2025 status conference to provide sufficient time for (i) Defendants to file a Stipulation of Voluntary Dismissal dismissing their cross-claims without

| NEW YORK, NY | SYRACUSE, NY | NEW JERSEY | CONNECTICUT |
|---|---|---|---|
| 212-422-9424 | 315-218-9590 | 973-778-7074 | 203-327-7561 |

S:\Shared Folders\Data\121\121-270\2025 Letters & Reports\Letter to Court 11-14-25.docx



| | |
|---|---|
| The Honorable Jennifer L. Rochon | November 14, 2025 |
| | Page 2 |

prejudice in accordance with 28 U.S.C. § 1367(d)[1] and (ii) the Developer Parties to file an amended complaint naming CETRA as a defendant in a related state court action pending in the Supreme Court, State of New York titled *CREF 546 West 44th Street, LLC and Patrinely Group, LLC v. Hudson Meridian Construction Group, LLC and Code Consultants Professional Engineers, P.C.*, Index No. 655672/2019 (Sup. Ct. New York Cnty.) (the "State Court Action"), which is currently "marked off" the calendar pending the resolution of this Action.

The parties propose the following mutually agreeable alternative dates for the status conference: January 5, 2026; January 6, 2026; or January 16, 2026 or any other date that is convenient for the Court.

Defendants remain available upon Your Honor's request to discuss this or any other matter.

> Respectfully submitted,
>
> BYRNE & O'NEILL, LLP
> Attorneys for Defendant -
> **CETRA/CRI ARCHITECTURE, PLLC**
>
> By: *Elaine C. Gangel*
>     Elaine C. Gangel
>     eg@bonlaw.com

---

[1] 28 U.S.C. § 1367(d) states that "[t]he period of limitations for any claim asserted under subsection (a), and for any other claim in the same action that is voluntarily dismissed at the same time as or after the dismissal of the claim under subsection (a), shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period."