UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STASON SUTTON, et al.,

               Plaintiffs,

      -against-

CREF 546 WEST 44th STREET, LLC, et al.,

               Defendants.

Case No. 1:18-cv-02146 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the parties' January 14, 2026 conference, the

Defendants shall advise the Court of next steps for their cross-claims by **January 23, 2026**.

Dated: January 14, 2026
      New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge